1  Melvin L. Felton (SBN 276047)
   mfelton@sandersroberts.com
2  Anand Singh (SBN 250792)
   asingh@sandersroberts.com
3  **SANDERS ROBERTS LLP**
   1055 West 7th Street, Suite 3200
4  Los Angeles, CA 90017
   Telephone: (213) 426-5000
5  Facsimile:  (213) 234-4581

6  Attorneys for Defendants
   **WAYFAIR INC. AND WAYFAIR LLC**
7

8                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
10                         EASTERN DIVISION

11

| | |
|---|---|
| DEON MCDANIEL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>WAYFAIR, INC., a Delaware Corporation; WAYFAIR, LLC, a Delaware Limited Liability Company; VALERIE ("Last Name Unknown"), an individual; and DOES 1 through 50,<br><br>Defendants. | **CASE NO.**<br><br>**VALERIE BONILLA'S NOTICE OF CONSENT TO DEFENDANTS WAYFAIR INC.'S AND WAYFAIR LLC'S NOTICE OF REMOVAL**<br><br>Judge:     Hon.<br>Dept.:<br><br>Complaint Filed:  December 18, 2023<br>Trial Date:           None Set<br><br>[Superior Court of California, County of Riverside Case No. CVRI2306778] |

VALERIE BONILLA'S NOTICE OF CONSENT TO REMOVAL TO FEDERAL COURT

# VALERIE BONILLA'S NOTICE OF CONSENT TO REMOVAL

1. On or around December 18, 2023, Plaintiff Deon McDaniel ("Plaintiff") filed an action in the Superior Court of California, County of Riverside, entitled *Deon McDaniel v. Wayfair Inc. et al.*, Case No. CVRI2306778.

2. The Complaint purports to name Wayfair Inc., Wayfair LLC, and Valerie ("Last Name Unknown") as defendants. I am informed and believe that I am the person identified as Valiere ("Last Name Unknown") in the caption. I have not been served with a copy of the Complaint, and I have not appeared in this action.

2. I am aware that Defendants Wayfair Inc. and Wayfair LLC (collectively, "Wayfair") will be filing a Notice of Removal to remove this case from the Superior Court of California, County of Riverside, to the United States District Court for the Central District of California. I consent to Wayfair's Removal of Action under 28 U.S.C. § 1446(b). However, I do not intend for my consent to constitute my official appearance in this matter.

3. I have worked at Wayfair LLC's Perris, CA warehouse located at 3500 Indian Avenue, California 92571, from approximately December 2021 as a talent managaer, a non-executive position. In this role, I was never responsible for or otherwise decided or controlled Wayfair's corporate policies or business operations. Rather, I was responsible for providing human resources support, such as assisting managers and employees with performance management, disciplinary processes, and responding to and/or investigating employee concerns.

4. During my employment with Wayfair LLC, I was never a corporate officer, director, or managing agent of Wayfair, nor did I ever hold an executive position at Wayfair. Moreover, I do not own, and have never owned, a controlling interest in Wayfair's business.

1    I declare under the penalty of perjury that the foregoing is true and correct
2 under the laws of the United States of America.
3    Executed on January 16, 2024, at Perris, California.

*Val Bonilla* (DocuSigned, 57B2425BAD964ED...) Valerie Bonilla