Stephen M. Benardo, Esq. (CSB #160239)
9854 National Boulevard, #268
Los Angeles, CA 90034
Tel. 310-600-0724
steve@benardolaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon McDaniel, an individual; <br><br> Plaintiff(s) <br><br> v. <br><br> Wayfair, Inc., a Delaware Corporation; et al., <br><br> Defendant(s). | CASE NUMBER <br><br> 5:24-cv-00109-JGB-DTB <br><br><br> **MEDIATION REPORT** |

**_Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report._**

1.  ☑ A mediation was held on (date): January 17, 2025 .

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by Civil L.R. 16-15.5(b).

    ☐ Did not appear as required by Civil L.R. 16-15.5(b).

    > ☐ Plaintiff or plaintiff's representative failed to appear.
    > ☐ Defendant or defendant's representative failed to appear.
    > ☐ Other:

3.  Did the case settle?

    > ☐ Yes, fully, on _____ (date).
    > ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
    > ☐ Yes, partially, and further facilitated discussions are **not** expected.
    > ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
    > ☑ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?

    _____ .

Dated: January 26, 2025 _____

/s/
_____
Signature of Mediator

Stephen M. Benardo, Esq.
_____
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*