Melvin L. Felton (SBN 276047)
mfelton@sandersroberts.com
**SANDERS ROBERTS LLP**
515 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 426-5000
Facsimile: (213) 234-4581

Attorneys for Defendants
**WAYFAIR INC. AND WAYFAIR LLC**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DEON MCDANIEL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>WAYFAIR, INC., a Delaware Corporation; WAYFAIR, LLC, a Delaware Limited Liability Company; VALERIE ("Last Name Unknown"), an individual; and DOES 1 through 50,<br><br>Defendants. | **CASE NO. 5:24-cv-00109-JGB-DTB**<br><br>**JOINT EXHIBIT LIST**<br><br><br>Complaint Filed: December 18, 2023<br>Trial Date: October 14, 2025 |

The parties respectively submits the following Joint Exhibit List pertinent to the trial of this matter, which is scheduled to commence October 14, 2025.

| Case No.    5:24-cv-00109-JGB-DTB ||||
|---|---|---|---|
| Case Name: Deon McDaniel v. Wayfair LLC et al. ||||
| Exhibit No. | Description | Date Identified | Date Admitted |
| 301 | Job Offer | | |
| 302 | Verbal Warning re: Attendance | | |
| 303 | Work Status Report | | |
| 304 | Injury Report | | |
| 305 | Depo-Medical Eval | | |
| 306 | Return to Work Report | | |
| 307 | Return to Work Report | | |
| 308 | Separation Notice | | |
| 309 | Separation Notice | | |
| 310 | Warehouse Associate Job Position. | | |
| 311 | 2024-12-13 Plaintiff 's Deposition Transcript | | |
| 312 | Employee Workday Profile | | |
| 313 | 2023-08-27 Employee or Accommodation Request | | |
| 314 | Timeline of PLT's Injury | | |
| 315 | Wayfair 2020 Employee Guide | | |
| 316 | Intentionally Left Blank | | |
| 317 | 2020 Performance Review- | | |
| 318 | 2023-09-26 HR Employee Relation | | |

| | | | | |
|---|---|---|---|---|
| | | Case Details re Resignations and Termination Process | | |
| | 319 | 2023-09-26 HR Employee Relations Case Details re Termination Due to Exhaustion of LOA | | |
| | 320 | Intentionally Left Blank | | |
| | 321 | Intentionally Left Blank | | |
| | 323 | Intentionally Left Blank | | |
| | 324 | 2019-03-21 Letter from Wayfair to PLT re: Job Offer WAYFAIR_000143 | | |
| | 325 | 2019-03-17 Employee Wage and Sick Leave Information WAYFAIR_000108 | | |
| | 326 | CA Meal Periods Handout WAYFAIR_000146 | | |
| | 327 | Wayfair, LLC Inventions, Confidentiality, and Non-Solicitation Agreement WAYFAIR_000150 | | |
| | 328 | Statement Prohibiting Harassment of Employees WAYFAIR_000155 | | |
| | 329 | Code of Business Conduct and Ethics WAYFAIR_000160 | | |
| | 330 | California Consumer Privacy Act Employee Disclosure WAYFAIR_000167 | | |
| | 331 | Biometric Data Policy and Consent Form WAYFAIR_000173 | | |
| | 332 | Covid-19 Prevention Plan | | |

| | | | | |
|---|---|---|---|---|
| | | WAYFAIR_000175 | | |
| | 333 | 2019-03-21 Notice to Employee re Pay & Worker's Comp WAYFAIR_000526 | | |
| | 334 | 2019 Summer Performance Review WAYFAIR_000229. | | |
| | 335 | Obituary WAYFAIR_000518 | | |
| | 336 | PLT's Paystubs 4/5/2019-12/27/2019 WAYFAIR_000476. | | |
| | 337 | PLT's 2019 W-2 WAYFAIR_000225 | | |
| | 338 | National Medical Support Notice WAYFAIR_000519 | | |
| | 339 | HR Payroll Case Details re Final Pay WAYFAIR_000116 | | |
| | 340 | HR Payroll Case Details WAYFAIR_000112 | | |
| | 341 | PLT's Paystubs 1/10/2020-12/24/2020 WAYFAIR_000444 | | |
| | 342 | PLT's 2020 W-2 WAYFAIR_000221 | | |
| | 343 | CA Rest Periods and Meal Break Signed by PLT WAYFAIR_000531 | | |
| | 344 | Healthpointe Med Group Corona Progress Notes WAYFAIR_000500 | | |
| | 345 | Healthpointe Med Group Perris Progress Notes WAYFAIR_000501 | | |
| | 346 | 2021 Summer Performance Review WAYFAIR_000228 | | |
| | 347 | Written Warning re Attendance | | |

| | | | |
|---|---|---|---|
| | | WAYFAIR_000233 | |
| 348 | 2021-08-24 HR Total Rewards Case Details re Worker's Comp WAYFAIR_000102 | | |
| 346 | PLT's Paystubs 1/8/2021-12/24/2021 WAYFAIR_000413 | | |
| 347 | PLT's 2021 W-2 WAYFAIR_000223 | | |
| 348 | HRIT Operations Case Details re Rescind Workday Termination WAYFAIR_000092 | | |
| 349 | HRIT Operations Case Details re Rescind Termination WAYFAIR_000097 | | |
| 350 | 2022 Summer Performance Review WAYFAIR_000227 | | |
| 351 | PLT's Paystubs 1/7/2022- 12/23/2022 WAYFAIR_000387 | | |
| 352 | 2023 Summer Performance Review WAYFAIR_000232 | | |
| 353 | 2023-09-26 HR Benefits Case Details re PLT's Medical Benefits WAYFAIR_000081 | | |
| 354 | PLT's Paystubs 1/6/2023-9/26/2023 WAYFAIR_000237 | | |
| 355 | PLT's Paystubs 4/5/2019- 9/26/2023 WAYFAIR_000257 | | |
| 356 | HR Payroll Case Details re: Process | | |

| | | | | |
|---|---|---|---|---|
| | | Final Pay via DD WAYFAIR_000121 | | |
| | 357 | PLT's 2023 W-2 WAYFAIR_000219 | | |
| | 358 | Workday Profile: PLT Signed Docs WAYFAIR_000506_CONFIDENTIAL | | |
| | 359 | Native Document Placeholder WAYFAIR_000517. | | |
| | 360 | Nelhs Betancourt M.D.'s Recommendation for PLT to RTW WAYFAIR_000079 | | |
| | 361 | Intentionally Left Blank | | |
| | 361-499 | Intentionally Left Blank | | |
| | 500 | Offer Letter WAYFAIR_000143-145 | | |
| | 501 | Warehouse Associate Job Description WAYFAIR_000107 | | |
| | 502 | Injury Statement WAYFAIR_000538 | | |
| | 503 | Workers Compensation DWC 1 Form WAYFAIR_000539 | | |
| | 504 | Healthpointe Treatment Authorization WAYFAIR_000540 | | |
| | 505 | Medcor Workplace Injury Triage & Reporting Incident Report WAYFAIR_000541-543 | | |
| | 506 | Employers Report of Occupational Injury or Illness WAYFAIR_000548 | | |
| | 507 | Healthpointe Med Group Perris Progress Notes/Work Status | | |

| | | | | |
|---|---|---|---|---|
| | | WAYFAIR_000549-550 | | |
| | 508 | Primary Treating Physician Progress Report WAYFAIR_000702-704 | | |
| | 509 | Healthpointe Med Group Perris Progress Notes/Work Status WAYFAIR_000551-552 | | |
| | 510 | Primary Treating Physician Progress Report WAYFAIR_000699-701 | | |
| | 511 | Healthpointe Med Group Perris Progress Notes/Work Status WAYFAIR_000553 | | |
| | 512 | Primary Treating Physician Progress Report WAYFAIR_000696-698 | | |
| | 513 | Healthpointe Med Group Perris Progress Notes/Work Status WAYFAIR_000555 | | |
| | 514 | Primary Treating Physician Progress Report WAYFAIR_000693-695 | | |
| | 515 | Primary Treating Physician Progress Report WAYFAIR_000690-692 | | |
| | 516 | Healthpointe Med Group Perris Progress Notes/Work Status WAYFAIR_000557 | | |
| | 517 | Primary Treating Physician Progress Report WAYFAIR_000687-689 | | |
| | 518 | Primary Treating Physician Progress Report WAYFAIR_000684-686 | | |

| | | | |
|---|---|---|---|
| 519 | Healthpointe Med Group Perris Progress Notes/Work Status WAYFAIR_000559-560 | | |
| 520 | Healthpointe Patient Appointment Information WAYFAIR_000561 | | |
| 521 | Healthpointe Med Group Perris Progress Notes/Work Status WAYFAIR_000563 | | |
| 522 | Primary Treating Physician Progress Report WAYFAIR_000681-683 | | |
| 523 | Primary Treating Physician Progress Report WAYFAIR_000678-680 | | |
| 524 | Healthpointe Med Group Perris Progress Notes/Work Status WAYFAIR_000564 | | |
| 525 | Primary Treating Physician Progress Report WAYFAIR_000675-677 | | |
| 526 | Healthpointe Med Group Perris Progress Notes/Work Status WAYFAIR_000565-566 | | |
| 527 | Primary Treating Physician Progress Report WAYFAIR_000672-675 | | |
| 528 | Healthpointe Med Group Corona Progress Notes/Work Status WAYFAIR_000500 | | |
| 529 | Healthpointe Med Group Perris Progress Notes/Work Status | | |

| | | | | |
|---|---|---|---|---|
| | | WAYFAIR_000501-502 | | |
| | 530 | Primary Treating Physician Progress Report WAYFAIR_000666-668 | | |
| | 531 | Healthpointe Med Group Perris Progress Notes/Work Status WAYFAIR_000537 | | |
| | 532 | Healthpointe Med Group Perris Progress Notes/Work Status WAYFAIR_000556 | | |
| | 533 | Primary Treating Physician Progress Report WAYFAIR_000660-662 | | |
| | 534 | Healthpointe Med Group Perris Progress Notes/Work Status WAYFAIR_000558 | | |
| | 535 | Primary Treating Physician Progress Report WAYFAIR_000657-659 | | |
| | 536 | Primary Treating Physician Progress Report WAYFAIR_000654-656 | | |
| | 537 | Primary Treating Physician Progress Report WAYFAIR_000651-653 | | |
| | 538 | Healthpointe Med Group Perris Progress Notes/Work Status WAYFAIR_000567-568 | | |
| | 539 | Primary Treating Physician Progress Report WAYFAIR_000649-650 | | |
| | 540 | Healthpointe Med Group Perris Progress Notes/Work Status | | |

| | | | |
|---|---|---|---|
| | WAYFAIR_000580-581 | | |
| 541 | Primary Treating Physician Progress Report WAYFAIR_000647-648 | | |
| 542 | HRIT Operations Case Detail WAYFAIR_000092 | | |
| 543 | HR Total Rewards Case Details WAYFAIR_000101-102 | | |
| 544 | Primary Treating Physician Progress Report WAYFAIR_000532-534 | | |
| 545 | Zurich Letter to Nehls Betancourt WAYFAIR_000733-735 | | |
| 546 | Employee's Disability Questionnaire WAYFAIR_000736-737 | | |
| 547 | Activities of Daily Living Survey WAYFAIR_000741-742 | | |
| 548 | OccMed Preliminary Consultation Report WAYFAIR_000755 | | |
| 549 | Comprehensive Panel Qualified Medical Evaluation WAYFAIR_000764-773 | | |
| 550 | Physician's Return to Work Voucher Report WAYFAIR_000077-78 | | |
| 551 | Excerpt from QME Report WAYFAIR_000079 | | |
| 552 | Excerpt from Message WAYFAIR_000080 | | |
| 553 | HR Benefits Case Detail | | |

| | | | |
|---|---|---|---|
| | WAYFAIR_000087-91 | | |
| 554 | HR Employee Relations Case Details WAYFAIR_000083-86 | | |
| 555 | HR Employee Relations Case Details WAYFAIR_000503-505 | | |
| 556 | Overview Professional Profile WAYFAIR_000126-142 | | |
| 557 | Overview Professional Profile WAYFAIR_000126-142 | | |
| 558 | 2020 Performance Review WAYFAIR_000230-231 | | |
| 559 | Orangewood Surgical Center Surgery Report WAYFAIR_000602-616 | | |
| 560 | Wayfair Separation Notice MCD100 | | |
| 561 | Right to Sue MCD101-106 | | |
| 562 | Deposition Transcript Renee Botello | | |
| 563 | Deposition Transcript Valerie Bonilla | | |
| 564 | Deposition Transcript Linda Herzstein | | |
| 565 | Corrected Transcript Wayfair US Q1 2023 Earnings Call May 4, 2023 | | |
| 566 | Corrected Transcript Wayfair US Q1 2023 Earnings Call May 2, 2024 | | |
| 567 | Investor Presentation Q2 2020 | | |
| 568 | Investor Presentation Q3 2020 | | |
| 569 | Arturo Munos Ruiz Complaint for Damages and Other Relief Case No. CVRI2203161 | | |

| | | |
|---|---|---|
| Dated: September 5, 2025 | | **SANDERS ROBERTS LLP** |
| | By: | _____ |
| | | Melvin L. Felton, Esq. |
| | | Attorneys for Defendants |
| | | **WAYFAIR INC. AND WAYFAIR LLC** |
| | | |
| Dated: September 5, 2025 | | THE WORK JUSTICE FIRM |
| | By: | _____ |
| | | Brent P. Marlis, Esq. |
| | | Garen R. Nadir, Esq. |
| | | Jackson Scalia, Esq. |
| | | Attorneys for Plaintiff, |
| | | **DEON MCDANIEL** |