Melvin L. Felton (SBN 276047)
mfelton@sandersroberts.com
**SANDERS ROBERTS LLP**
515 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 426-5000
Facsimile: (213) 234-4581

Attorneys for Defendants
**WAYFAIR INC. AND WAYFAIR LLC**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DEON MCDANIEL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>WAYFAIR, INC., a Delaware Corporation; WAYFAIR, LLC, a Delaware Limited Liability Company; VALERIE ("Last Name Unknown"), an individual; and DOES 1 through 50,<br><br>Defendants. | **CASE NO. 5:24-cv-00109-JGB-DTB**<br><br>**DEFENDANTS' WITNESS LIST**<br><br><br>Complaint Filed: December 18, 2023<br>Trial Date: October 14, 2025 |

Defendants respectfully submit the following Witness List pertinent to the trial of this matter, which is scheduled to commence October 14, 2025.

| Case No. 5:24-cv-00109-JGB-DTB | |
|---|---|
| Case Name: Deon McDaniel v. Wayfair LLC et al. | |
| **Witness Name** | **Date Called to Testify** |
| 1. Valerie Bonilla | |
| 2. Renee Botello | |
| 3. Linda Herzstein | |
| 4. Nelhs Betancourt, M.D. | |
| 5. Matthew David Mehne, M.D. | |
| 6. David Jeffrey Weil, M.D. | |
| 7. Steven Rocha | |
| 8. Matthew Zurita | |
| 9. Whitney Chabot | |
| 10. Joe Matus | |
| 11. Plaintiff Deon McDaniel | |

Dated: September 5, 2025            **SANDERS ROBERTS LLP**

By: _____
Melvin L. Felton, Esq.
Attorneys for Defendants
**WAYFAIR INC. AND WAYFAIR LLC**