Melvin L. Felton (SBN 276047)
mfelton@sandersroberts.com
**SANDERS ROBERTS LLP**
515 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 426-5000
Facsimile: (213) 234-4581

Attorneys for Defendants
**WAYFAIR INC. AND WAYFAIR LLC**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DEON MCDANIEL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>WAYFAIR, INC., a Delaware Corporation; WAYFAIR, LLC, a Delaware Limited Liability Company; VALERIE ("Last Name Unknown"), an individual; and DOES 1 through 50,<br><br>Defendants. | **CASE NO. 5:24-cv-00109-JGB-DTB**<br><br>**DECLARATION OF MELVIN L. FELTON RE: DEFENDANTS' EFFORTS TO COMPLY WITH THE COURT'S JOINT SUBMISSION REQUIREMENTS**<br><br>Complaint Filed: December 18, 2023<br>Trial Date: October 14, 2025 |

## DECLARATION OF MELVIN L. FELTON

I, Melvin L. Felton, declare and state as follows:

1. I am an attorney at law, duly licensed to practice before all of the courts of the State of California. I am a Partner in the law firm of Sanders Roberts LLP, attorneys of record for defendants WAYFAIR INC. AND WAYFAIR LLC. I am completely familiar with the facts, pleadings and records in this action, and if called upon to testify I could and would competently testify.

2. On August 14, 2025, I emailed Plaintiff's counsel to discuss, among other things, our meet and confer obligations ahead of trial, as required under this Court's scheduling order or, alternatively, a stipulated trial continuance. I did not receive any response. I also called and did not get through to Plaintiff's counsel or receive a returned call.

3. On August 15, 2025, I sent Plaintiff's counsel a follow up email. I did receive any response or telephone call.

4. On August 18, 2025, I emailed Plaintiff's counsel "I am now reaching out a third time. When will you be available to discuss?" I did not receive a response or call.

5. On August 20, 2025, I emailed Plaintiff's counsel noting his non-responsiveness and asking "Are you ok?" and attaching a joint stipulation to continue trial, presuming something had happened to him because his silence and unresponsiveness was "uncharacteristic[]." Later that day, Plaintiff's counsel responded only that he had not been in communication with his client.

6. On the morning August 25, 2025, I emailed Plaintiff's counsel again to check in. Having received no call back or response, I emailed again regarding our meet and confer obligations associated with the pending trial and Final Pretrial Conference.

7. In the email I attempted to meet and confer as required under Local Rule 16-2. In so doing, I included Wayfair's list of trial witnesses, inviting Plaintiff to

1  provide his witnesses as well to be included in a joint witness list. I did not receive a
2  response or a call to discuss the contents of the email.
3      8.    On August 26, 2025, I emailed notice regarding Defendants' MIL No. 1
4  to exclude the cause of Plaintiff's disability. I did not receive a response or telephone
5  call.
6      9.    On August 27, 2025, I emailed notice regarding Defendants' MIL No. 1
7  regarding corporate wealth . I did not receive a response or call.
8      10.   On August 28, 2025, Plaintiff's counsel emailed "I'll try to call you
9  around 12:30." Among other things on the call, we met and conferred regarding
10 Wayfair's prospective MILs, wherein Plaintiff's counsel refused to stipulate to either
11 MIL. Plaintiff's counsel did not provide notice of any MILs from Plaintiff or discuss
12 any plans to file any MILs.
13     11.   On August 29, 2025, I emailed Plaintiff's counsel a draft of the Joint
14 Exhibit list. In the email, I provided that Defendants would start at 300, reserving the
15 lower numbers for Plaintiff, and requested that Plaintiff provide his portion by the
16 following Tuesday so we could make a timely joint filing.
17     12.   On September 3, 2025, having received no response from Plaintiff's
18 counsel, I emailed requesting Plaintiff's portions of our joint submissions, as
19 Plaintiff's counsel had all of Defendants information since August 25 and 29th,
20 respectively, but had not provided anything in return.
21     13.   In the email, I also shared a document confirming the amount Plaintiff
22 owed to Wayfair from an benefits overpayment by a Wayfair agent.
23     14.   Later that day, Plaintiff's counsel responded that he is "working on this
24 today and tomorrow."
25     15.   On September 4, 2025, Plaintiff's counsel provided Plaintiff's portion of
26 the joint exhibit list. Rather than using the numbers reserved for Plaintiff, counsel
27 started Plaintiff's exhibits at 500. Moreover, Plaintiff's exhibits are largely cut and
28 paste duplicates of Defendants' exhibits.

-3-
DECLARATION OF MELVIN L. FELTON RE: DEFENDANTS' EFFORTS TO COMPLY WITH THE COURT'S JOINT SUBMISSION REQUIREMENTS

16. To date, Plaintiff has not provided any information regarding his prospective witnesses, forcing Defendants to file their own witness list to comply with the Court' Order and the local rules.

17. A true and correct copy of the email correspondence between myself and Plaintiff's counsel is attached hereto as **Exhibit A**.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of September, 2025, in Los Angeles, California.

_____
MELVIN L. FELTON, ESQ.

# EXHIBIT A

| | |
|---|---|
| **From:** | Jackson Scalia |
| **To:** | Melvin Felton |
| **Cc:** | Garen Nadir; Lauryn Brame; Brittney Samuels; Eva Ma |
| **Subject:** | Re: [Please Respond] RE: Deon McDaniel v. Wayfair LLC et al - Joint Stipulation to Continue Trial |
| **Date:** | Thursday, September 4, 2025 12:04:16 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | DRAFT Joint Exhibit List-JPS.docx |

Melvin,

I've attached the joint exhibit list. I tried not to duplicate documents but not all documents were identified by bates number.

Jackson

--
Jackson Scalia
Associate Attorney
**THE WORK JUSTICE FIRM**
3530 Wilshire Boulevard
Suite 1460
Los Angeles, CA 90010
Office:  323-775-9000
Fax:      323-775-9000
www.workjustice.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Jackson Scalia <jackson@workjustice.com>
**Date:** Wednesday, September 3, 2025 at 11:39 AM
**To:** Melvin Felton <mfelton@sandersroberts.com>
**Cc:** Garen Nadir <garen@workjustice.com>, Lauryn Brame <lbrame@sandersroberts.com>, Brittney Samuels <bsamuels@sandersroberts.com>, Eva Ma <ema@sandersroberts.com>
**Subject:** Re: [Please Respond] RE: Deon McDaniel v. Wayfair LLC et al - Joint Stipulation to Continue Trial

Thanks. An amended notice may be required because the docket indicates there is a hearing on 9/8 for your motions. Please call me at 323-319-6747 when you have the time I want to provide an update on potential settlement.

Jackson

--
Jackson Scalia
Associate Attorney
**THE WORK JUSTICE FIRM**
3530 Wilshire Boulevard
Suite 1460
Los Angeles, CA 90010
Office: 323-775-9000
Fax:     323-775-9000
www.workjustice.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Melvin Felton <mfelton@sandersroberts.com>
**Date:** Wednesday, September 3, 2025 at 11:00 AM
**To:** Jackson Scalia <jackson@workjustice.com>
**Cc:** Garen Nadir <garen@workjustice.com>, Lauryn Brame <lbrame@sandersroberts.com>, Brittney Samuels <bsamuels@sandersroberts.com>, Eva Ma <ema@sandersroberts.com>
**Subject:** RE: [Please Respond] RE: Deon McDaniel v. Wayfair LLC et al - Joint Stipulation to Continue Trial

Counsel –

The Final Pretrial Conference was ordered for 7/28/25 and was later continued by 60 days. If the Court has no record of its own order, then we should remind it of the same.

Regarding my MIL notice. My understanding is the MILs will be heard at the PreTrial conference. If there was notice indicating otherwise, please accept this email as an amendment. I can send an amended notice as well if you require it.

Regarding the overpayment, it's being pursued already and would be proffered as an offset/set off. Regarding its nexus to Wayfair, I'm sure you can appreciate that insurance policies include deductibles which come from the insured (i.e., Wayfair).

Regarding the contentions of face and law, I am mistaken. We will file our own contentions of fact and law.

/M

_____

NOTE: We have a new address: 515 S. Flower St., 24th Floor, LA, CA 90071!



NOTICE: CONFIDENTIAL AND PRIVILEGED INFORMATION - This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

**From:** Jackson Scalia <jackson@workjustice.com>
**Sent:** Wednesday, September 3, 2025 9:27 AM
**To:** Melvin Felton <mfelton@sandersroberts.com>
**Cc:** Garen Nadir <garen@workjustice.com>; Lauryn Brame <lbrame@sandersroberts.com>; Brittney Samuels <bsamuels@sandersroberts.com>; Eva Ma <ema@sandersroberts.com>
**Subject:** Re: [Please Respond] RE: Deon McDaniel v. Wayfair LLC et al - Joint Stipulation to Continue Trial

Melvin,

I'm working on this today and tomorrow. I'm not sure why you need a draft of Plaintiff's contentions of fact and law. Do we not file separate memos of contentions of fact and law?

I spoke with deputy courtroom for the clerk who recommended we file a stipulation to set the final pretrial conference for 9/29 given there is not one currently set. Let me know if you're fine with that.

Also, your motions in liming were noticed for 9/8. This isn't sufficient notice as required by the standing order or local rules. Let me know if you intend to have these heard at the final pretrial conference instead.

I'm not sure under what theory Wayfair intends to recover an overpayment. No crossclaim or counter claim was filed. Moreover, I'm not certain how that document indicates an overpayment to Wayfair rather than Zurich.

Jackson

--
Jackson Scalia
Associate Attorney
**THE WORK JUSTICE FIRM**
3530 Wilshire Boulevard
Suite 1460
Los Angeles, CA 90010
Office: 323-775-9000
Fax:    323-775-9000
www.workjustice.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Melvin Felton <mfelton@sandersroberts.com>

**Date:** Wednesday, September 3, 2025 at 8:48 AM

**To:** Jackson Scalia <jackson@workjustice.com>

**Cc:** Garen Nadir <garen@workjustice.com>, Lauryn Brame <lbrame@sandersroberts.com>, Brittney Samuels <bsamuels@sandersroberts.com>, Eva Ma <ema@sandersroberts.com>

**Subject:** RE: [Please Respond] RE: Deon McDaniel v. Wayfair LLC et al - Joint Stipulation to Continue Trial

Counsel –

I have not heard back from you regarding our Joint submissions due this Friday. I have a busy calendar and do not want to wait until the last minute or create a fire drill for my staff. Please respond and include Plaintiff's proposed exhibits. Also please provide Plaintiff's proposed witnesses and Plaintiff's draft of the memo of contentions of fact and law.

As you know, Wayfair provided a list of its proposed witnesses more than a week ago and still have not heard back from your office other than refusing to stipulate to continue trial. I am having a hard time understanding how your office is both seemingly too busy to perform its pre-trial obligations but also refusing to continue trial.

Additionally, I have attached a copy of a STD statement, showing he was overpaid and owes Wayfair more than $19k, which Wayfair will be seeking to recover.

/M

---

NOTE:  We have a new address: 515 S. Flower St., 24th Floor, LA, CA 90071!



**Melvin Felton,** ATTORNEY AT LAW
mfelton@sandersroberts.com

Sanders Roberts LLP
515 South Flower Street, 24th Floor | Los Angeles, CA 90071
p 213 426 5000 x 1004 | f 213 234 4581 | sandersroberts.com

NOTICE: CONFIDENTIAL AND PRIVILEGED INFORMATION - This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

---

**From:** Melvin Felton <mfelton@sandersroberts.com>
**Sent:** Friday, August 29, 2025 11:33 AM
**To:** Jackson Scalia <jackson@workjustice.com>
**Cc:** Garen Nadir <garen@workjustice.com>; Lauryn Brame <lbrame@sandersroberts.com>
**Subject:** Re: [Please Respond] RE: Deon McDaniel v. Wayfair LLC et al - Joint Stipulation to Continue Trial

Counsel –

I have attached a draft of our joint exhibit list. Defendants exhibits will start at 300. Can you please provide Plaintiff's portion by Tuesday of next week, as it is due for submission by next Friday.

Also, please provide Plaintiff's witnesses and Plaintiff's draft of the memo of contention of facts and law, by that date so I can include Defendants portions so we can make a timely filing.

Thank you,

Melvin

---

**From:** Melvin Felton <mfelton@sandersroberts.com>
**Date:** Monday, August 25, 2025 at 5:06 PM
**To:** Jackson Scalia <jackson@workjustice.com>
**Cc:** Garen Nadir <garen@workjustice.com>, Lauryn Brame <lbrame@sandersroberts.com>
**Subject:** [Please Respond] RE: Deon McDaniel v. Wayfair LLC et al - Joint Stipulation to Continue Trial

Counsel –

As you know, our Final Pretrial Conference in the above-referenced matter is scheduled for September 26, 2025, before Judge Bernal. According to Local Rule 16-2, our last day to meet before the Final Pretrial Conference was August 15, 2025.

As you know, we spoke briefly on August 14th and I called and emailed you multiple times on August 15th without a response. Indeed, you didn't respond until emailed on August 20th asking whether you were ok because you had been "uncharacteristically" unresponsive for an entire week. Later that day, you responded, explaining you needed to speak with your client about the case and had not heard from him.

Earlier today, I emailed again without a response. I called with no answer and no ability to leave a message, as the phone continued to ring for more than three minutes. Just before sending this email I called again and was placed on hold for more than five minutes.

Now, I am not sure whether Mr. McDaniel wants to proceed with trial as it is scheduled or seek a continuance so he can have Whitney Chabot deposed. Either way, we are behind on trial-related activity, so this email is intended to bring us up to speed.

Under Local Rule 16-2, we are required to discuss numerous subjects. Since you have either been unable or unwilling to communicate with me, I will attempt to move that discussion to email:

> Jury Instructions (See Scheduling Order at Pages 8-9): 14 days before our deadline to meet, we were supposed to have exchanged jury instructions and special verdict forms. 7 days before our deadline to meet, we were supposed to exchange any objections. This is an attempt to prepare a set of joint, undisputed jury instructions and a single verdict form. We have done none of this and I cannot do this without your cooperation.
>
> Subject Matter Jurisdiction (LR 16-2.1): Defendant does not dispute this Court's jurisdiction over this matter.
>
> Stipulation to Facts (LR 16-2.2): Defendant would be willing to entertain a stipulation that there have been no material changes to Mr. McDaniel's lifting restriction since his deposition and that he has not sought or gained employment since his deposition, if true.
>
> Disclosure of Exhibits (LR 16-2.3): Defendant will be marking as trial exhibits, all documents that have been produced in this matter. This includes all exhibits introduced at deposition (i.e., MCD1-106; WAYFAIR1-785).

Disclosure of Witnesses (LR 16-2.4):  Defendant reserves the right to call as witnesses Plaintiff, his treating physicians, Valerie Bonilla, Linda Herzstein, Whitney Chabot, Steven Rocha, Matthew Zurita, Joe Matus, Luis Hernandez, Karen Espejo Cuevas, and Renee Botello.

Expert Witnesses (LR 16-2.5):  Since the Parties have not disclosed any expert witnesses, Defendant does not anticipate any experts being called at trial.

Evidentiary Matters (LR 16-2.6):  Defendant does not anticipate any evidentiary issues at this time.

Depositions (LR 16-2.7):  As some witnesses, such as Linda Herzstein, live out of state, Defendant anticipates introducing Ms. Herzstein's testimony via deposition.  Defendant reserves the right to introduce any other witness' testimony (other than Plaintiff) via deposition should they prove unavailable to appear for trial.  Unless there is an objection, my office will provide bracketed questions and answer designations from Ms. Herzstein's transcript.

Contentions of Law and Fact (LR 16-2.8):  Defendant has not abandoned any of its affirmative defenses and plans to pursue each of them, including, immediate hard to self, after acquired evidence, and offset/set off.

Settlement (LR 16-2.9):  Defendant believes the Parties have exhausted the possibility of settlement, as Plaintiff's initial demand was $1M and the most recent demand was approximately $300k, which is more than 10x what I've communicated I could possibly get to settle the claim.

Deadlines regarding much of the substantive matters requiring join submission have passed.  If not a continuance, what is your proposal for us to come into compliance with the Court's rules, as I don't think we have much of a choice at this point?

Regards,

Melvin Felton

---

NOTE:  We have a new address: 515 S. Flower St., 24th Floor, LA, CA 90071!



Melvin Felton, ATTORNEY AT LAW
mfelton@sandersroberts.com

Sanders Roberts LLP
515 South Flower Street, 24th Floor | Los Angeles, CA 90071
p 213 426 5000 x 1004 | f 213 234 4581 | sandersroberts.com

NOTICE: CONFIDENTIAL AND PRIVILEGED INFORMATION - This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any

review, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

---

**From:** Melvin Felton
**Sent:** Monday, August 25, 2025 10:34 AM
**To:** Jackson Scalia <jackson@workjustice.com>
**Cc:** Garen Nadir <garen@workjustice.com>; Lauryn Brame <lbrame@sandersroberts.com>
**Subject:** RE: Deon McDaniel v. Wayfair LLC et al - Joint Stipulation to Continue Trial

Counsel –

I am checking in here.  Can we submit this stipulation and schedule Whitney's deposition?

/M

---

NOTE:  We have a new address: 515 S. Flower St., 24th Floor, LA, CA 90071!



NOTICE: CONFIDENTIAL AND PRIVILEGED INFORMATION - This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

---

**From:** Jackson Scalia <jackson@workjustice.com>
**Sent:** Wednesday, August 20, 2025 2:35 PM
**To:** Melvin Felton <mfelton@sandersroberts.com>
**Cc:** Garen Nadir <garen@workjustice.com>; Lauryn Brame <lbrame@sandersroberts.com>
**Subject:** Re: Deon McDaniel v. Wayfair LLC et al - Joint Stipulation to Continue Trial

Melvin,

I need to discuss with my client and he has not been in touch since we last spoke.

Jackson

--
Jackson Scalia
Associate Attorney
**THE WORK JUSTICE FIRM**
3530 Wilshire Boulevard
Suite 1460
Los Angeles, CA 90010
Office: 323-775-9000
Fax:    323-775-9000
www.workjustice.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Melvin Felton <mfelton@sandersroberts.com>
**Date:** Wednesday, August 20, 2025 at 2:32 PM
**To:** Jackson Scalia <jackson@workjustice.com>
**Subject:** FW: Deon McDaniel v. Wayfair LLC et al - Joint Stipulation to Continue Trial

Counsel –

Uncharacteristically, I haven't heard from you since last Thursday despite several follow up efforts.  Are you ok?  Do you still want the depositions you requested?  If so, let me know so we can get them scheduled.  To do so, we will have to continue the trial briefly.

/M

---

NOTE:  We have a new address: 515 S. Flower St., 24th Floor, LA, CA 90071!



Melvin Felton, ATTORNEY AT LAW
mfelton@sandersroberts.com

Sanders Roberts LLP
515 South Flower Street, 24th Floor | Los Angeles, CA 90071
p 213 426 5000 x 1004 | f 213 234 4581 | sandersroberts.com

NOTICE: CONFIDENTIAL AND PRIVILEGED INFORMATION - This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to

avoid penalties under the Internal Revenue Code of 1986, as amended.

---

**From:** Eva Ma <ema@sandersroberts.com>
**Sent:** Tuesday, August 19, 2025 12:52 PM
**To:** brent@workjustice.com; garen@workjustice.com; jackson@workjustice.com; bieni@workjustice.com; jon@workjustice.com
**Cc:** Melvin Felton <mfelton@sandersroberts.com>; Veenita D. Raj <vraj@sandersroberts.com>; Brittney Samuels <bsamuels@sandersroberts.com>
**Subject:** Deon McDaniel v. Wayfair LLC et al - Joint Stipulation to Continue Trial

Dear Counsel,

Please find attached the draft Joint Stipulation to Continue Trial for your review and approval.

Thank you,

**Eva Ma,** LEGAL ASSISTANT
ema@sandersroberts.com

**Sanders Roberts LLP**
515 South Flower Street, 24th Floor | Los Angeles, CA 90071
p 213 426 5000 x 9060 | f 213 234 4581 | sandersroberts.com