**THE WORK JUSTICE FIRM**
Brent P. Marlis, Esq. SB# 284654
  E-Mail: brent@workjustice.com
Garen R. Nadir, Esq. SB# 285394
  E-mail: garen@workjustice.com
Jackson Scalia, Esq. SB# 324278
  E-Mail: jackson@workjustice.com
3530 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90010
Tel: 323.775.9000
Fax: 323.775.9000

Attorneys for Plaintiff,
DEON MCDANIEL

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DEON MCDANIEL, an individual;<br><br>    Plaintiff,<br><br>    vs.<br><br>WAYFAIR, INC., a Delaware Corporation; WAYFAIR, LLC, a Delaware Limited Liability Company; VALERIE ("Last Name Unknown"), an individual; and DOES 1 through 50,<br><br>    Defendants. | Case No.: 5:24-cv-00109<br><br>**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISIDCTION; [PROPOSED] ORDER**<br><br>Pretrial Conference: 9/29/2025<br>Time:            11:00 AM<br>Courtroom:       1<br><br>Compliant Filed: 12/18/2023<br>Trial Date:      10/14/2025 |

- 1 -
**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICITON; [PROPOSED] ORDER**

# NOTICE OF SETTLEMENT

Plaintiff, DEON MCDANIEL and Defendant WAYFAIR LLC and WAYFAIR INC., (hereafter the Parties) by and through their counsel of record, hereby notify the Court that the parties have reached a confidential settlement in the above titled matter. The Parties have finalized the settlement agreement and expect to have the settlement agreement full executed by September 29, 2025. The Parties hereby request that the Court vacate all pending dates and hearings and retain jurisdiction over this case until obligations under the settlement agreement can be fulfilled. It is estimated that obligations under the settlement agreement will be fulfilled by November 7, 2025. Upon completion of the obligations, Plaintiff will file with this Court a joint notice of dismissal with prejudice to be signed by counsel for all Parties.

DATED: September 25, 2025                           THE WORK JUSTICE FIRM

                                                    /s/ Jackson Scalia
                                              BY:   Brent P. Marlis, Esq.
                                                    Garen R. Nadir, Esq.
                                                    Jackson Scalia, Esq.
                                                    Attorneys for Plaintiff,
                                                    DEON McDaniel

Dated: September 9, 2025                            **SANDERS ROBERTS LLP**

                                              By:   _____
                                                    Melvin L. Felton, Esq.
                                                    Attorneys for Defendants

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter to enforce the settlement agreement if needed.

**IT IS SO ORDERED**

                                              Signed,

Date: _____

                                      Hon. Jesus G. Bernal

**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICITON; [PROPOSED] ORDER**